FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN KOHN,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>STATE BAR OF CALIFORNIA;<br>CALIFORNIA COMMITTEE OF BAR<br>EXAMINERS, and Their Agents in Their<br>Official Capacity,<br><br>    Defendants-Appellees. | No. 20-17316<br><br>D.C. No. 4:20-cv-04827-PJH<br>Northern District of California,<br>Oakland<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judge Koh did not participate in the deliberations or vote in this case.